IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) MARVIN B. DINSMORE and <br> (2) SHERIDAN DOWNEY, III as <br> Administrators of the Estate of Margaret <br> D. Dinsmore, on behalf of themselves and <br> All others similarly situated <br><br> Plaintiffs, <br> v. <br><br> (1) NEW DOMINION, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 23-CV-227-GAG-DES |

**ORDER**

The undersigned hereby ADOPTS the Report & Recommendation issued by Magistrate Judge Snow (Dkt. No. 63). Accordingly, both motions to dismiss filed by defendant New Dominion LLC (Dkt. Nos. 14 and 33) are DENIED. The undersigned, upon reviewing the pending motions, responses thereto and report and recommendation, fully concurs with Judge Snow's analysis and reasoning. Additionally, the statute of limitations is an affirmative defense, and not a factor that goes into the jurisdictional pleading in this case.

The undersigned, in his federal judicial experience of twenty-five years, is of the opinion that at this stage, before proceeding any further, the parties could mutually benefit from one or more mediation sessions which might resolve the matter satisfactorily for plaintiff and defendant, as well as possibly the class. Accordingly, the parties are directed to jointly inform the undersigned on or before March 6, 2026, whether they agree to so proceed. Also, whether they agree to mediation before an experienced private individual agreed upon by the parties and appointed by the undersigned (costs and fees to be evenly divided). Otherwise, a judicial officer shall conduct the session(s). If the parties are not in agreement, the joint motion shall simply

inform so without mentioning who.  Finally, subscribing counsel shall certify that they have shown this order to their respective clients and discussed the same.

 So Ordered.

        /s/ Gustavo A. Gelpí_____
        **GUSTAVO A. GELPÍ**
        Circuit Judge, U.S. Court of Appeals for the First Circuit
        Sitting by designation