**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

Marvin B. Dinsmore, et al., on behalf of )
themselves and all others similarly )
Situated, )
                                  )
              Plaintiffs, )
                                  )
v. )       Case No. 23-CV-227-GAG-DES
                                  )
New Dominion, LLC, )
                                  )
              Defendant. )

**NOTICE OF SETTLEMENT**

Plaintiffs and Defendant (collectively, the "Parties") jointly submit this notice to inform

the Court that the Parties have reached an individual settlement of this matter after a mediation on

January 28, 2026. The Parties have agreed to the form of the Settlement Agreement and anticipate

collecting signatures and filing a stipulated dismissal with prejudice under Fed. R. Civ. P.

41(a)(1)(A)(ii) on or before March 13, 2026.


Respectfully Submitted,

| | |
|---|---|
| */s/ Reagan E. Bradford* | */s/ Trevor R. Henson* |
| Reagan E. Bradford, OBA #22072 | Trevor R. Henson, OBA No. 30104 |
| Ryan K. Wilson, OBA #33306 | Kasey K. Fagin, OBA No. 34396 |
| Bradford & Wilson PLLC | 110 W. Seventh Street, Suite 900 |
| 431 W. Main Street, Suite D | Tulsa, OK 74119-1044 |
| Oklahoma City, OK 73102 | (918) 584-1600 |
| (405) 698-2770 | (918) 585-2444 (Fax) |
| reagan@bradwil.com | thenson@barrowgrimm.com |
| ryan@bradwil.com | kfagin@barrowgrimm.com |
| | |
| *–and–* | **COUNSEL FOR DEFENDANT** |
| | |
| James U. White, Jr., OBA #9545 | |
| James U. White, Jr., Inc. | |
| P.O. Box 54783 | |
| Oklahoma City, Oklahoma 73154 | |
| Telephone: 405-842-7545 | |

jwhite@wcgflaw.com

**COUNSEL FOR PLAINTIFFS**


# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.


*/s/ Reagan E. Bradford*
Reagan E. Bradford

2