**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) MARVIN B. DINSMORE and | ) | |
| (2) SHERIDAN DOWNEY, III as | ) | |
| Administrators of the Estate of Margaret | ) | |
| D. Dinsmore, on behalf of themselves and | ) | |
| All others similarly situated | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 23-CV-227-GAG-DES |
| v. | ) | |
| | ) | |
| (1) NEW DOMINION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to Plaintiffs, Dinsmore et al.'s, Stipulation of Dismissal (Dkt. No. 83), and this Court's approval of said Dismissal (Dkt. No. 84), judgment is hereby entered dismissing the case WITH PREJUDICE.

ENTERED this 13th day of March 2026.

/s/ Gustavo A. Gelpí _____
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation